**Electronically Filed
Supreme Court
SCWC-19-0000779
12-JAN-2022
08:49 AM
Dkt. 3 ODAC**

SCWC-19-0000779

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

GREGORY TARTAMELLA,
Petitioner/Defendant-Appellee/Cross-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000779; CASE NO. 1CPC-17-0001682)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant/Cross-Appellant Gregory Tartamella's Application for Writ of Certiorari filed on December 8, 2021, is rejected.

DATED: Honolulu, Hawaiʻi, January 12, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

